IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MR. STEVE CLIFF, #142 970,  )
          )
  Plaintiff,    )
          )
  v.      ) CIVIL ACTION NO. 2:20-CV-601-RAH
          )
LT. HINES,     )
          )
  Defendant.   )

## **ORDER**

This case is before the court on the Recommendation of the United States Magistrate Judge entered on August 20, 2020. There being no timely objection filed to the Recommendation and upon independent review of the file, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 3) is ADOPTED.

2. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is DENIED.

3. This case is DISMISSED without prejudice for Plaintiff's failure to pay the filing and administrative fees upon initiation of his case.

A final judgment will be entered separately.

DONE, this 13th day of October, 2020.

         _____/s/ R. Austin Huffaker, Jr._____
         R. AUSTIN HUFFAKER, JR.
         UNITED STATES DISTRICT JUDGE